**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jeffrey RICKARD, Defendant–Appellant.**

**No. 00–7026.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 20, 2000.

Decided Jan. 31, 2001.

Jeffrey Rickard, pro se. Laura P. Tayman, Office of the United States Attorney, Norfolk, VA, for appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Jeffrey Rickard appeals the district court's order dismissing his 28 U.S.C.A. § 2255 (West Supp.2000) motion. We dismiss the appeal for lack of jurisdiction because Appellant's notice of appeal was not timely filed.

■ In civil cases in which the United States is a party, parties are accorded sixty days after entry of the district court's final judgment or order to note an appeal, *see* Fed.R.App.P. 4(a)(1), unless the district court extends the appeal period under Fed.R.App.P. 4(a)(5) or reopens the appeal period under Fed.R.App.P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

■ The district court's order was entered on the docket on May 12, 2000. Rickard's notice of appeal was filed on July 18, 2000. Because Rickard failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*